IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| JONATHAN C. GASKINS, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | CV 315-094 (Formerly CR 313-007) |
| UNITED STATES OF AMERICA, | ) ) | |
| Respondent. | ) | |

**O R D E R**

Petitioner, an inmate at FCI Yazoo City - Low, in Yazoo City, Mississippi, has filed with this Court a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. (Doc. no. 1.) Petitioner currently requests the deadline for him to file a reply to Respondent's answer be extended thirty-five days. (Doc. no. 6.) As Rule 5(e) of the Rules Governing Section 2254 Proceedings for the United States District Courts permits the Court to set the time for submitting a reply, the Court **GRANTS** Petitioner's motion. Petitioner's reply shall be filed on or before April 7, 2016.

SO ORDERED this 3rd day of March, 2016, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA